Rosary A. Hernandez, State Bar No. 020182
Ashley N. Zimmerman, State Bar No. 030595

**TB TIFFANY & BOSCO** P.A.

Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: rah@tblaw.com;
       anz@tblaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| THE LAMPO GROUP, LLC, | Civil Action No.: _____ |
| Plaintiff, | JURY DEMAND |
| GSFC, LLC | |

The plaintiff, The Lampo Group, LLC ("Lampo"), states for its Complaint and for its causes of action against the defendant, GSFC, LLC, d/b/a Gold Stash ("Gold Stash"), as follows:

## NATURE OF ACTION

This Complaint is filed for injunctive relief and for damages arising from Gold Stash's unlawful use of the name "Dave Ramsey" in its advertising materials.

Count I states a claim for federal trademark infringement pursuant to 15 U.S.C. § 1114(1), Count II states a claim for federal unfair competition under 15 U.S.C. § 1125(a), and Count III states a claim for common law unfair competition.

# PARTIES

Lampo is a limited liability company organized and existing under the laws of the State of Tennessee, with its principal place of business at 1749 Mallory Lane, Brentwood, Tennessee 37027.

Gold Stash is a limited liability company organized and existing under the laws of the State of Arizona, with its principal place of business at 740 E. Joseph Court, Gilbert, Arizona, 85295. Gold Stash can be served with process through its registered agent, Christopher D. Bussing, 740 E. Joseph Court, Gilbert, Arizona, 85295.

# JURISDICTION

This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 and § 1338(a), as this action arises under the trademark laws of the United States, 15 U.S.C §§ 1051-1127; under § 1338(b), as this action asserts a claim of unfair competition joined with a substantial and related claim under the trademark laws of the United States; and under 28 U.S.C. § 1367(a), the doctrine of supplemental jurisdiction.

Gold Stash is subject to personal jurisdiction in the State of Arizona, as this action arises from the transaction of business in Arizona, Gold Stash regularly does or solicits business or engages in persistent courses of conduct or has derived substantial revenue from services rendered in Arizona, the subject acts and omissions either took place or had intended effects in Arizona and this judicial district, Gold Stash has maintained continuous and systematic contacts with Arizona, and the exercise of personal jurisdiction over Gold Stash is proper.

# VENUE

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district, and Gold Stash is subject to personal jurisdiction in this judicial district.

# FACTS

Lampo Licensing, LLC is the current owner of a U.S. Trademark Registration (No. 78733087) for the word mark Dave Ramsey® ("Dave Ramsey® Mark"). The predecessor to Lampo Licensing, LLC filed the Dave Ramsey® Mark on October 14, 2005, and it was registered on September 19, 2006 in the class for services. The Dave Ramsey® Mark is incontestable. A true and correct copy of the registration certificate for this design mark is attached hereto as **Exhibit A**. Lampo Licensing, LLC licensed the Dave Ramsey® Mark to Lampo, and Lampo has full authority to prosecute violations pertaining to the Dave Ramsey® Mark.

Dave Ramsey ("Ramsey") founded Lampo to provide personal financial counseling, through various means, to people wanting a better understanding of the principles of proper money management.

Ramsey is a personal money-management expert and an extremely popular national radio personality. He has authored seven best-selling books—*Financial Peace*, *More Than Enough*, *The Total Money Makeover*, *EntreLeadership*, *The Complete Guide to Money*, *Legacy Journey*, and *Smart Money Smart Kids*—and has sold more than ten million copies combined.

Ramsey has spent over twenty-four years and significant time, effort, and money developing and promoting his signature and nationally recognized brand.

Ramsey is the host of a nationally syndicated radio program, "The Dave Ramsey Show," which is heard by eleven million listeners each week on more than 550 radio stations and digitally through podcasts, online audio streaming, and a twenty-four hour online streaming video channel.

In 2009, Ramsey was honored as the National Association of Broadcaster's Marconi Award winner. Ramsey was inducted into the NAB Broadcasting Hall of Fame in 2013 and the National Radio Hall of Fame in 2015.

More than two and a half million families have attended Ramsey's Financial Peace University and Legacy Journey classes at their workplace, church, military base, local nonprofit organization or community group to learn new behaviors around money that are founded on commitment and accountability.

More than one million people have attended one of Ramsey's live events, including more than 40,000 EntreLeadership participants. Ramsey's high school and college curriculums are offered in more than 16,000 schools and educational institutions. The "Dave Says" syndicated column is available to more than eight million readers monthly. Thousands of children have enjoyed Ramsey's entertaining and educational book series. Daveramsey.com offers free informational articles and streaming of "The Dave Ramsey Show."

Lampo has used the Dave Ramsey® Mark in connection with its business for at least eleven years. Lampo expends substantial funds each year advertising its services through the use of its trademark. Further, Lampo uses its Dave Ramsey® Mark to advertise and market its services over the internet through various websites, including www.daveramsey.com. These advertisements are seen by millions of people worldwide.

Gold Stash is a buyer of diamonds, gold, silver, platinum and coins. Gold Stash allows its users to send Gold Stash their unwanted jewelry items by sending them directly to Gold Stash via express delivery. On its website, Gold Stash claims that it then sends users a check or direct deposit after processing users' items.

In or about January 2013, Gold Stash executed the first in a series of agreements for sponsorship of certain Lampo produced live events.

Over the course of 2013, Lampo performed all services required under the parties' agreements. Gold Stash has not paid for the services rendered by Lampo, and Lampo obtained a judgment against Gold Stash for more than $37,500.

In or about February 2013, Gold Stash and Lampo entered into a Broadcast Agreement, whereby Gold Stash's was permitted to use of Ramsey's "image, likeness, quotes, show logos, etc.," but only with written approval prior to each usage. A true and correct copy of the Broadcast Agreement is attached hereto as **Exhibit B**.

The Broadcast Agreement provides that Gold Stash will pay any attorneys' fees, court costs, and other reasonable costs of collection "[i]n the event that it becomes necessary for [Lampo] to employ an attorney . . . to enforce compliance with any of the covenants and agreements contained herein."

The Broadcast Agreement also states that Lampo can cancel the Agreement "at any time due to lack of customer satisfaction, fraud, or misrepresentation of product or services."

In addition to Gold Stash failing to pay for Lampo's services, Lampo began receiving numerous complaints regarding Gold Stash from consumers who chose to use Gold Stash due to the Dave Ramsey® Mark.

Gold Stash now has an "F" rating by the Better Business Bureau ("BBB") because it has a pattern of complaints involving advertising, delivery, billing, refund, warranty, contract, and customer service issue. The BBB reports that Gold Stash is in current violation of BBB's name and logo policy and has falsely stated BBB accreditation (membership) or referenced the BBB name in an unauthorized manner, despite the BBB's efforts to alert the company.

Consumers allege that after requesting and sending their precious metals through Gold Stash's free and insured mailer, the company fails to acknowledge receipt of items in a timely manner. Consumers further report that Gold Stash does not contact them regarding the estimated

value of their items as promised in the "free" estimate.  Additionally, consumers allege difficulty reaching the business when problems arise.  In some cases, when the complainant is able to contact the company about obtaining an estimate, return of the items, and/or check, the company may deny their request or issue the customer a refund check that may bounce when it is attempted to be cashed or deposited.

In 2013, Lampo ended its relationship with Gold Stash and terminated the Broadcast Agreement.  Lampo has not endorsed Gold Stash since that time.

After Lampo ended its relationship with Gold Stash, Gold Stash has and continues to falsely claim that it is endorsed by Lampo by including the Dave Ramsey® Mark on its website and in its advertising materials without Lampo's consent.  In doing so, Gold Stash has and continues to mislead consumers into believing that Gold Stash is endorsed by Lampo.

Gold Stash continued to send welcome cards with its "StashPak" to consumers claiming Ramsey's endorsement even after Lampo ceased its endorsement of Gold Stash.  These welcome cards included a large photo of Ramsey and state, "Gold Stash is the ONLY gold and silver buyer trusted by Dave Ramsey."

Gold Stash also has and continues to falsely hold itself out as being endorsed by Lampo on its website, by advertising the Dave Ramsey® Mark.  Gold Stash's website states, "Dave Ramsey is clear on what to do with the high price of gold and his thoughts about Gold Stash." The website also states, "Dave will only endorse companies that he trusts, and Gold Stash is reputable, honest and absolutely trustworthy."  True and correct copies of screenshots of Gold Stash's web pages as of the date of this filing are attached hereto as **Exhibit C**.

Gold Stash has not obtained any federal trademark registrations for "Dave Ramsey" or "Dave."

Lampo sent a cease-and-desist letter to Gold Stash, demanding that Gold Stash immediately stop using the Dave Ramsey® Mark for its advertising or in any other way. Gold Stash has not responded to the letter.

Lampo sent a second cease-and-desist request to Gold Stash via email as a follow-up to Lampo's first, unanswered cease-and-desist request. Gold Stash has not responded to Lampo's second request.

## COUNT I

## FEDERAL TRADEMARK INFRINGEMENT, 15 U.S.C. § 1114(1)

Lampo incorporates numbered paragraphs 1 through 32 above as if fully set forth herein.

Lampo is the licensee of all rights, title, and interest in the Dave Ramsey® Mark.

There is a substantial demand for the services endorsed with the Dave Ramsey® Mark and, therefore, the goodwill and right to engage in services under the Dave Ramsey® Mark is a valuable commercial property right.

Consumers rely on, trust, and respect the Dave Ramsey® Mark in choosing which services to use.

Lampo advertises its services and endorsements throughout the United States extensively and frequently by a variety of media, including, without limitation, the internet, and Lampo spends a substantial amount of money promoting the Dave Ramsey® Mark.

The Dave Ramsey® Mark has been registered for almost ten years, and the goodwill associated with it is invaluable to Lampo.

The Dave Ramsey® Mark has significance in the minds of the purchasing public as denoting services endorsed by Ramsey.

The Dave Ramsey® Mark is distinctive and has been used throughout the United States. The public associates and identifies the Dave Ramsey® Mark with Ramsey.

Gold Stash's unauthorized use of the Dave Ramsey® Mark in connection with its business, without the authority of Lampo, is likely to confuse, mislead, and deceive (and has actually confused, misled, and deceived) the public, resulting in direct injury to Lampo's reputation and goodwill.

Gold Stash's inclusion of the Dave Ramsey® Mark in its advertising constitutes intentional unauthorized use of the Dave Ramsey® Mark and is likely to cause confusion, to cause mistake, or to deceive customers, the public, and the trade as to the sponsorship of the services provided by Gold Stash and their relationship to Ramsey, all in violation of 15 U.S.C. § 1114(1).

Lampo has been damaged by Gold Stash's acts of federal trademark infringement and is entitled to an award of Gold Stash's profits, damages sustained by Lampo, the costs of this action, and three times its actual damages, pursuant to 15 U.S.C. § 1117(a).

Pursuant to 15 U.S.C. § 1116, Lampo is also entitled to preliminary and permanent injunctive relief in the form of a Court order enjoining Gold Stash from any further use of the Dave Ramsey® Mark.

Lampo is entitled to an award of its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a), this being an exceptional case.

## COUNT II
## FEDERAL UNFAIR COMPETITION, 15 U.S.C. § 1125(a)

Lampo incorporates numbered paragraphs 1 through 45 above as if fully set forth herein.

Gold Stash's use of the Dave Ramsey® Mark in connection with its business constitutes false designation of endorsement or sponsorship of such its services and tends falsely to represent that the services have been sponsored or approved by Ramsey. Gold Stash's conduct is likely to confuse, mislead, and deceive (and has actually confused, misled, and deceived) customers, purchasers, and members of the public as to the origin of the services or to cause said

persons to believe that the services have been sponsored, approved, authorized, or licensed by Ramsey or are in some way affiliated with Ramsey, all in violation of 15 U.S.C. § 1125(a).

Lampo has been damaged by Gold Stash's acts of federal unfair competition and is entitled to an award of Gold Stash's profits, damages sustained by Lampo, the costs of this action, and three times its actual damages, pursuant to 15 U.S.C. § 1117(a).

Pursuant to 15 U.S.C. § 1116, Lampo is also entitled to preliminary and permanent injunctive relief in the form of a Court order enjoining Gold Stash from any further use of the Dave Ramsey® Mark.

Lampo is entitled to an award of its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a), this being an exceptional case.

## COUNT III
## COMMON LAW UNFAIR COMPETITION

Lampo incorporates numbered paragraphs 1 through 50 above as if fully set forth herein.

Gold Stash has prominently used the Dave Ramsey® Mark in advertising its services. Gold Stash's use of the Dave Ramsey® Mark is likely to confuse the public as to the sponsorship and quality of the services Gold Stash provides and is likely to mislead persons to believe that Gold Stash's business and services have been sponsored or approved by Ramsey.

Gold Stash's use of the Dave Ramsey® Mark is with full knowledge of the substantial reputation and goodwill associated with Ramsey and the Dave Ramsey® Mark, and with full knowledge that Gold Stash has no rights to use the Dave Ramsey® Mark.

As a direct and proximate result of Gold Stash misappropriating the goodwill of Ramsey's widely known and respected trademark, Gold Stash has unjustly enriched itself and damaged Lampo.

## JURY DEMAND

Lampo demands a trial by jury.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff, the Lampo Group, Inc., prays that the Court:

1. Award Lampo the amount of the profits of Gold Stash three times the actual damages sustained by Lampo, and the costs of this action, pursuant to 15 U.S.C. § 1117(a);

2. Award Lampo its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a);

3. Award Lampo preliminary and permanent injunctive relief in the form of a Court order enjoining Gold Stash from any further use of the Dave Ramsey® Mark pursuant to 15 U.S.C. § 1116;

4. Award Lampo prejudgment interest; and

5. Award Lampo such other and further general, injunctive, and equitable relief as the Court deems just and appropriate under the circumstances of this action.

THIS IS THE FIRST REQUEST FOR INJUNCTIVE RELIEF.

DATED this 20th day of May, 2016.

**TIFFANY & BOSCO, P.A.**

By: */s/ Rosary A. Hernandez*
    Rosary A. Hernandez
    Ashley N. Zimmerman
    Seventh Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-4237
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20th, 2016, I transmitted the attached document via US mail to the following:

GSFC, LLC
Christopher D. Bussing
740 E. Joseph Ct
Gilbert, AZ 85295


By: /s/ *Stacy B. Hayes*