Int. Cl.: **41**

Prior U.S. Cls.: **100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. **3,145,275**
Registered Sep. 19, 2006

## SERVICE MARK
PRINCIPAL REGISTER

# DAVE RAMSEY

THE LAMPO GROUP, INC. (TENNESSEE INC. ASSOCIATION)
1749 MALLORY LANE SUITE 100
BRENTWOOD, TN 37027

FOR: CONDUCTING WORKSHOPS AND SEMINARS IN FINANCIAL AFFAIRS; RADIO ENTERTAINMENT SERVICES, NAMELY RADIO PROGRAMS FEATURING PERFORMANCES BY A RADIO PERSONALITY, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-23-1992; IN COMMERCE 7-23-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "DAVE RAMSEY" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 78-733,087, FILED 10-14-2005.

SUSAN STIGLITZ, EXAMINING ATTORNEY