## Broadcast Agreement with Gold Stash

**Terms**

By and between "Gold Stash" here after known as "Client," and "The Dave Ramsey Show," a wholly owned subsidiary of The Lampo Group, Inc., here after known as "Provider," do agree: The term of the agreement will be for 12 calendar months, beginning on **03/01/13** and expiring on **02/28/14**. This contract is non-cancelable except where provided for herein.

Provider agrees to air one (1) 30-second host voiced/endorsed commercials daily, Monday – Friday during The Dave Ramsey Show radio broadcast (1:00 pm – 4:00 pm CST) for a total of 260 commercials over the entire length of this agreement on behalf of Client. Commercials will rotate evenly throughout the three hours of the show. Provider will be certain to use the copy points provided by Client and a 72-hour notice for change of copy is requested. The category of "gold exchange" will be exclusive to Client.

Client will receive exclusive link on DaveRamsey.com under the section titled "Dave Recommends."

Client will receive listing (approximately 50 words) plus links on "Dave Recommends page" located at http://daveramsey.com/recommends.

Client may use Dave' image, likeness, quotes, show logos, etc. in other non-televised, non-Facebook, non-billboard marketing. Client must receive Provider's prior written approval before each usage.

It is also agreed that Dave Ramsey will be the talent for the ads as long as this agreement is valid. Provider reserves the right to any commercials that use the name of *The Dave Ramsey Show* or Dave Ramsey's voice or name. When agreement has been fully executed or terminated, all ads mentioning the host or show are null and void. Provider reserves the right to cancel this contract at any time due to lack of customer satisfaction, fraud, or misrepresentation of product or services, where the client has been notified and proper remedy has not been made or agreed upon.

Client agrees to pay rate of **$1860 (net)** per host voiced/endorsed commercial. Invoices will be sent to Client monthly. Checks are to be sent via traceable overnight service to:

The Lampo Group, Inc.
ATTN: Chris Thomas
1749 Mallory Lane
Brentwood, TN 37027

_____ (Initial) In the event that it becomes necessary for the Lampo Group, Inc. d/b/a "The Dave Ramsey Show" to employ an attorney or attorneys to enforce collection of any sums agreed to be paid herein, or to enforce compliance with any of the covenants and agreements contained herein, Client agrees to pay the costs of collection including, but not limited to, reasonable attorney's fees, court costs and all other reasonable costs of collection.

_____ (Initial) This Agreement shall be governed by and construed under the laws of the laws of the State of Tennessee, Davidson County, Chancery Court, in any action brought in relation to any provisions of this Agreement, and further consents that any process or notice to the Court or to any Chancellor of the Court may be served outside the State of Tennessee by registered mail, domestic return receipt requested, or by personal service of process provided a reasonable time for any appearance is allowed.

_____ 2/5/13
Suzanne Simms, Executive VP         Date
Representative of The Lampo Group, Inc.

_____ 1/28/2013
Chris Bussing, CEO                    Date
Representative of Gold Stash