IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Lampo Group, LLC, | No. CV-16-01575-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| GSFC, LLC, | |
| Defendant. | |

Before the Court is Plaintiff's Motion for Entry of Permanent Injunction (Doc. 22), which the Court construes to be a motion for entry of default judgment for injunction. Plaintiff's memorandum mistakenly recites that the Court has previously entered judgment.

IT IS ORDERED that Plaintiff's Motion for Entry of Permanent Injunction (Doc. 22), which the Court construes to be a motion for entry of default judgment for injunction is granted in the form of the default judgment filed herewith.

Dated this 31st day of October, 2016.

Neil V. Wake
Senior United States District Judge