IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Lampo Group, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>GSFC, LLC,<br><br>               Defendant. | No. CV-16-01575-PHX-NVW<br><br>**DEFAULT JUDGMENT OF PERMANENT INJUNCTION** |

Defendant's default having been entered, Lampo Group, LLC ("Lamp"), and the entire record in this case, the Court finds that Lampo's Motion should be granted and a permanent injunction should be entered.

IT IS ORDERED, ADJUDGED AND DECREED:

1. GSFC, LLC, d/b/a Gold Stash and its subsidiaries and affiliates, officers, directors, agents, servants, employees, successors, assigns, and all persons in active concert or participation with them, including, but not limited to, Christopher D. Bussing, who receive actual notice of this Order by personal service or otherwise, from this day forward are PERMANENTLY ENJOINED from the following:

   a. Any further use, marketing, exploitation, and misappropriation of the name "Dave Ramsey" or the word mark Dave Ramsey®, U.S. Trademark Registration No. 78733087 (the "Dave Ramsey® Mark");

   b. Engaging in, undertaking, aiding, abetting, or facilitating the use, distribution, marketing, licensing, or other exploitation of the Dave

Ramsey® Mark on any merchandise, goods, advertisements, or articles constituting misappropriation of the Dave Ramsey® Mark;

    c. Representing or claiming that Gold Stash and its services are endorsed or sponsored by Lampo by Dave Ramsey and Lampo, including displaying the Dave Ramsey® Mark on the Gold Stash website and in Gold Stash advertising materials;

    d. Any further use, marketing, or exploitation of Dave Ramsey's image, likeness, quotes, show logos, or any other representations of Dave Ramsey;

    e. Committing any other act that constitutes use or misappropriation of the Dave Ramsey® Mark and Dave Ramsey's likeness.

2. The Court finds, pursuant to 15 U.S.C. § 1117(b), that Lampo is entitled to its reasonable attorneys' fees upon the filing of a separate motion for attorneys' fees pursuant to Fed. R. Civ. P. 54 and Local Rule 54.2 for the District Court of Arizona.

Dated this 31st day of October, 2016.

*[Signature]*
Neil V. Wake
Senior United States District Judge

- 2 -